UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  **KATHY EWA**,

                        Plaintiff,

                        **ORDER**

          – against –

                        25-CV-3405 (AMD) (PK)

  **MR. RON VACHRIS, CEO of COSTCO;**
  **MIKE HESSLING, CEO of Gallagher Bassett;**
  **LESLIE COHETERO, Segal & Lax**,

                       Defendant.
-------------------------------------------------------------- X

**ANN M. DONNELLY,** United States District Judge:

On August 6, 2025, the Court dismissed the *pro se* plaintiff's amended complaint without prejudice for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B). (ECF No. 7.) The Court also certified pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and thus denied *in forma pauperis* ("IFP") status for the purpose of an appeal. (*Id.* at 4 (citing *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962)).)

On September 4, 2025, the plaintiff filed a motion for IFP on appeal. (ECF No. 11.) A court may deny IFP for an appeal if it finds that the appeal is not taken in good faith, and the Court articulates such findings in writing. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."). As the Court stated in its August 6, 2025 Order, an appeal from the Order would not be taken in good faith. Accordingly, the plaintiff's motion for leave to proceed IFP on appeal is denied without prejudice as to her right to seek the same relief in the United States Court of Appeals for the Second Circuit. *See Coppedge*, 369 U.S. at 445 ("If the District Court finds the application is

not in good faith, and therefore denies leave to appeal in forma pauperis, the defendant may seek identical relief from the Court of Appeals.").

**SO ORDERED.**

                                                         s/Ann M. Donnelly
                                                ANN M. DONNELLY
                                                United States District Judge

Dated: Brooklyn, New York
        October 20, 2025